UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 09-61397-CIV-Dimitrouleas/Snow

RAFAEL SANTISTEBAN,

    *Plaintiff*,

vs.

MSC CROCIERE, S.A. and
MSC CRUISES (USA), INC.,

    *Defendant*.

_____/

## ORDER TO SHOW CAUSE WHY CLERK SHOULD NOT BE DIRECTED TO SELECT MEDIATOR

THIS CAUSE is before the Court upon a review of the docket.

This Court's Order of February 3, 2010, directed the parties to agree upon a mediator within fourteen (14) days of that Order and advise the Clerk's office of their choice. [DE-36]. No such notification has occurred.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by February 25, 2010, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of February, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record